**RECEIVED**

JUN 0 2004

AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MISC. 97-305

WRIT OF EXECUTION

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEW JERSEY:

WHEREAS, judgment was entered on the 6th day of June, 1995 in an action in the United States District Court, District of Pennsylvania between KPR Sports International, Inc., plaintiff, and Jane Choueka and Daniel Choueka, defendants, in favor of said plaintiff and against said defendants for the sum of $200,000.00 and costs taxed as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; and

WHEREAS, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of $200,000.00 plus taxed costs is now actually due thereon;

THEREFORE, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hand the same may be, as set forth in the attached affidavit and that you do pay the monies realized by you from such property directly to said plaintiff or to their attorney in said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

WE FURTHER COMMAND YOU, that in case of a sale, you make return of this writ with your procedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

WITNESS, the Honorable Anne E. Thompson, Chief a Judge of the United States District Court , District of New Jersey, this _14th_ day of ___May___, 19_98_.

William T. Walsh, Clerk
United States District Court

Prepared By:

By _____
Deputy Clerk

Mitchell E. Grodman
An Attorney At Law
Baron, Gallagher & Perzley, Esqs.

2001 Route 46
Parsippany, NJ   07054

LEVY:
Damages: $200,000.00
Costs:
Interest thereon from June 6, 1995

Besides Marshall's Execution Fees

MISC. 97-305
Writ of Execution

COUNTY OF MORRIS:

STATE OF NEW JERSEY:                    AFFIDAVIT

Mitchell E. Grodman being duly sworn, says:

1.    I am the attorney for judgment creditor in the matter
of KPR Sports International, Inc. vs. Jane Choueka and Daniel
Choueka, MISC. 97-305, and in that capacity and in conformance
with N.J.S. 2A:17-1, et. seq., as made applicable to this case by
Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an
examination of the assets of judgment debtor Jane Choueka.

2.    I have determined the following non-exempt personal
property of the judgment debtor is subject to execution in
satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| None | |

3.    I have determined the following non-exempt real
property of the judgment debtor is subject to execution in
satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| House | 203 Golf Road |
| | Deal Park, New Jersey 07723 |

Mitchell E. Grodman

Subscribed and Sworn before me this
7th day of My           , 19 98

Notary of the State of New Jersey          RETURNABLE ON OR BEFORE
My Commission Expires 9 /14 /01            5/14/99

Recorded in the Clerk's Office of the United States District
Court for the District of New Jersey in Book 44     of
Executions, Page 50   .

William T. Walsh, Clerk

By Sharon Sylwestt
Deputy Clerk

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KPR Sports International, Inc. | Misc 97-305 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jane Choueka | Execution |

**SERVE** ➤
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Real Property

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 203 Golf Road, Deal Park, New Jersey 07723

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Mitchell E. Grodman, Esq.<br>Baron, Gallagher & Perzley<br>2001 Route 46, Suite 202<br>Parsippany, New Jersey 07054 | Number of process to be served with this Form - 285    1 |
| | Number of parties to be served in this case    1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold      Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | 973-335-7400 x103 | 5/5/98 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 50 | District to Serve<br>No. 50 | Signature of Authorized USMS Deputy or Clerk<br>*[signature]* | Date<br>5/20/98 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>JANE Choueka | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service   5-27-98    Time 12:20 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy<br>*[signature]* |

| Service Fee<br>120 | Total Mileage Charges (including endeavors)<br>93.00 | Forwarding Fee<br>— | Total Charges<br>213.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: *EnLS: 5-26 ... 5-27 ...*